1  Amber House
   4140 N. 78th Street
2  Scottsdale, AZ 85251
   Telephone: (480)238-4739
3  amberhouse78@gmail.com



UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

AMBER HOUSE,

    Plaintiff,

vs.

BROVITZ GROUP,

    Defendant

**COMPLAINT**   CV-17-01456-PHX-DLR

    Plaintiff, Amber House, filed a complaint with the AZ EEOC charging Title VII racial discrimination and retaliation against the Defendant; on April 21, 2017, the Defendant was served. Plaintiff is hereby, charging the defendant of violating the Equal Pay Act, based on racial discrimination. On October 23, 2016; the defendant emailed all service providers notice of the defendant choice increase the starting base pay for all positions. Any employees whom were below the new base pay was "bumped up." The defendant also admonished its employees that if they hear about anyone talking about how much they make or the fact that they received a raise again, that employee would be put on a final written warning for lack of professionalism."

    Plaintiff is aware that two white employees working in the same clinic with less experience are being paid more. Plaintiff pursuant the Equal Pay Act of 1963 and **F.R.Civ.P (a)** Given the fact the defendant has not only admitted to a discrepancy of pay to some of its employees, but, also threatened its employees as well, clearly, gives merit to the plaintiff's charge and complaint. Therefore, the plaintiff states the claim for relief should be the increased base pay be put into retroactivity to the plaintiff's date of hire and paid to the plaintiff in a lump sum; in addition to, $25,000 paid to plaintiff for punitive damages and the plaintiff's pain and suffering, such as disparity and psychological and emotional ramifications of the ill treatment and fear of losing her job; as well as an

COMPLAINT - 1

hourly base pay at the same amount as the highest paid esthetician in the said clinic whom has less working experience as a licensed esthetician and less skills.

Dated this 11th Day of May, 2017.

_____

COMPLAINT - 2